# Court of Appeals
# of the State of Georgia

ATLANTA,  July 20, 2017

*The Court of Appeals hereby passes the following order:*

**A17A2017.  NATHAN POOLE, SR. v. CITY OF AMERICUS et al.**

On May 2, 2017, the trial court entered judgment in favor of the defendants in this civil action.  Forty-nine days later, on June 20, 2017, plaintiff Nathan Poole, Sr. filed a notice of appeal to this Court.  However, a notice of appeal must be filed within 30 days of the entry of the order sought to be appealed.  See OCGA § 5-6-38 (a).  "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (citation and punctuation omitted).  Because Poole's notice of appeal was not timely filed, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  07/20/2017
  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.